Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
ROBERT KALANI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DENNY'S INVESTORS, LODI, L.P.;<br>VISION F.S., INC. dba DENNY'S<br>RESTAURANT #0204,<br><br>　　　　　Defendants. | No. 2:12-cv-01214-LKK-JFM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT; ORDER** |

　　**WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff") seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified at a site inspection of the subject property by Plaintiff which took place on October 12, 2012;

　　**WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants Denny's Investors, Lodi, L.P. or Vision F.S., Inc. dba Denny's Restaurant #0204 ("Defendants"), nor does the amendment in any way change the nature of the action;

　　**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff, Robert Kalani ("Plaintiff"), and Defendants Denny's Investors, Lodi, L.P., and Vision F.S. Inc. dba Denny's Restaurant #0204 ("Defendants"), the parties to this action, through their

1  respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of
2  which is attached hereto as Exhibit "A."
3      **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint
4  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
5  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
6  filed.
7  **IT IS SO STIPULATED**.

9  Dated:  October 31, 2012              MOORE LAW FIRM, P.C.

                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff,
                                         Robert Kalani

                                         VAUGHAN & ASSOCIATES


                                         /s/ Cris C. Vaughan
                                         Cris C. Vaughan, Attorney for
                                         Defendants Denny's Investors, Lodi, L.P.,
                                         and Vision F.S. Inc. dba Denny's
                                         Restaurant #0204

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: November 1, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT