1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   ROBERT KALANI

6

7

8             **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 ROBERT KALANI,                          ) No. 2:12-cv-01214-LKK-JFM
                                           )
12          Plaintiff,                     )
                                           )
13     vs.                                 ) **STIPULATION GRANTING PLAINTIFF**
                                           ) **LEAVE TO FILE HIS FIRST AMENDED**
14 DENNY'S INVESTORS, LODI, L.P.;          ) **COMPLAINT; ORDER**
   VISION F.S., INC. dba DENNY'S           )
15 RESTAURANT #0204,                       )
                                           )
16          Defendants.                    )
                                           )
17                                         )
                                           )
18

19     **WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff") seeks to amend his complaint to

20 allege additional access barriers which relate to his disability which were identified at a site

21 inspection of the subject property by Plaintiff which took place on October 12, 2012;

22     **WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad

23 faith, the amendment is not futile, and such amendment does not prejudice defendants Denny's

24 Investors, Lodi, L.P. or Vision F.S., Inc. dba Denny's Restaurant #0204 ("Defendants"), nor

25 does the amendment in any way change the nature of the action;

26     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff,

27 Robert Kalani ("Plaintiff"), and Defendants Denny's Investors, Lodi, L.P., and Vision F.S. Inc.

28 dba Denny's Restaurant #0204 ("Defendants"), the parties to this action, through their

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

Page 1

1 respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of
2 which is attached hereto as Exhibit "A."
3     **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint
4 within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
5 response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
6 filed.
7 **IT IS SO STIPULATED**.
8
9 Dated:  October 31, 2012          MOORE LAW FIRM, P.C.
10
11                                           /s/ Tanya E. Moore
                                          Tanya E. Moore
12                                           Attorneys for Plaintiff,
                                          Robert Kalani
13
14                                           VAUGHAN & ASSOCIATES
15
16                                           /s/ Cris C. Vaughan
                                          Cris C. Vaughan, Attorney for
17                                           Defendants Denny's Investors, Lodi, L.P.,
                                          and Vision F.S. Inc. dba Denny's
18                                           Restaurant #0204
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: November 1, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT