1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No.  2:12-CV-01214-LKK-JFM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| DENNY'S INVESTORS, LODI, L.P.; VISION F.S., INC. dba DENNY'S RESTAURANT #0204, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Denny's Investors, Lodi, L.P. and Vision F.S., Inc. dba Denny's Restaurant #0204 ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: March 26, 2013                            MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorney for Plaintiff Robert Kalani

*Kalani v. Denny's Investors, Lodi, L.P., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: March 26, 2013

VAUGHAN & ASSOCIATES

/s/ Cris C. Vaughan
Cris C. Vaughan
Attorneys for Defendant Denny's Investors,
Lodi, L.P. and Vision F.S., Inc. dba
Denny's Restaurant #0204

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: March 26, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Kalani v. Denny's Investors, Lodi, L.P., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2